# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-20-00376-CV

**Texas General Land Office and George P. Bush,
named in his Official Capacity as Texas Land Commissioner, Appellants**

**v.**

**City of Houston, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-003520, THE HONORABLE TIM SULAK, JUDGE PRESIDING

**PER CURIAM**

The Court requests that the parties update the Court on the circumstances surrounding the claims in this suit and whether any positions of the parties have changed. The parties are **ORDERED** to file supplemental briefs to that effect. If a party desires, it may also seek to supplement the appellate record as needed. *See generally* Tex. R. App. P. 34.5(c), 34.6(d). The supplemental briefs should include discussion about changes, if any, to the analysis that this Court is to undertake under Civil Practice and Remedies Code chapter 114, under the law applicable to *ultra vires* claims, and under the law applicable to requests for temporary injunctive relief. Appellants will file their brief **on or before November 12, 2020**. Appellee will file its brief **on or before 14 days after Appellants' supplemental brief is filed**.

It is so ordered on October 29, 2020.

Before Chief Justice Rose, Justices Baker and Kelly